UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

RODNEY CRANEY,                        )    3:06-CV-00008-ECR-VPC
                                      )
      Plaintiff,                      )
                                      )    MINUTES OF THE COURT
vs.                                   )
                                      )    DATE: SEPTEMBER 5, 2007
OFFICER KENNETH RIOS, et al.,         )
                                      )
      Defendants.                     )
_____ )

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:   ROSEMARY DAMRON        Reporter:      NONE APPEARING

Counsel for Plaintiff(s) _____ NONE APPEARING _____

Counsel for Defendant(s) _____ NONE APPEARING _____

MINUTE ORDER IN CHAMBERS

      On August 8, 2007, the Magistrate Judge filed her Report and
Recommendation (#37) recommending that Defendants' Motion for Summary
Judgment (#28) be granted.

      There were no objections timely filed to the Report and Recommendation
(#37) according to the Rules of the Court.

      **IT IS HEREBY ORDERED** that the Report and Recommendation (#37) is well
taken and is **APPROVED** and **ADOPTED** by the Court.

      **IT IS, THEREFORE, HEREBY ORDERED** that Defendants' Motion for Summary
Judgment (#28) is **GRANTED**.

      The Clerk shall enter judgment accordingly.

      It appears that the force used by the defendant officers was reasonable
under the circumstances and the officers were entitled to qualified immunity.

                                          LANCE S. WILSON, CLERK
                                          By _____/s/_____
                                                 Deputy Clerk